## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., | § § § | |
| Plaintiff, | § § | Case No. 2:22-CV-00494-JRG-RSP |
| v. | § § | |
| LG ELECTRONICS INC. and LG ELECTRONICS USA, INC., | § § § | |
| Defendant. | | |

### ORDER

LG previously filed a Motion to Dismiss Complaint for Failure to State a Claim (Dkt. No. 24.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 61), recommending grant in part and denial in part of LG's Motion to Dismiss. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that the Motion to Dismiss (Dkt. No. 26) is GRANTED as to products in use prior to the issuance of the asserted patents and otherwise DENIED.

**So ORDERED and SIGNED this 28th day of March, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE