**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

MULTIMEDIA TECHNOLOGIES PTE. LTD.,

Plaintiff,

v.

LG ELECTRONICS INC. AND LG ELECTRONICS USA, INC.,

Defendants.

Case No. 2:22-CV-00494-JRG-RSP

JURY TRIAL DEMANDED

[redacted]

**DECLARATION OF ROBERT S. PICKENS IN SUPPORT OF PLAINTIFF MULTIMEDIA TECHNOLOGIES PTE. LTD.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO DIRECT INFRINGEMENT**

I, Robert S. Pickens, declare and state as follows:

1. I am special counsel with Schulte Roth & Zabel LLP and have been retained as an attorney for Multimedia Technologies Pte. Ltd. ("Multimedia"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I submit this Declaration in Support of Multimedia's Opposition to Defendants' Motion for Summary Judgment of No Direct Infringement.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the August 5, 2024 testimony of Craig S. Rosenberg, Ph.D. (OUTSIDE COUNSEL ONLY)

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Dan Schonfeld Regarding Non-Infringement, dated July 30, 2024. (AEO – SOURCE CODE)

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the June 19, 2024 testimony of [redacted]. (AEO)

6. Attached hereto as **Exhibit 4** is a true and correct copy of "55 inch Class LG QNED85 MiniLED 4k Smart TV 55QNED85UQA", https://www.lg.com/us/tvs/lg-55qned85uqa-qned-4k-tv#pdp_specs, last accessed September 3, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct copy of "How to Set Up Netflix Amazon Prime to your TV", https://www.lg.com/uk/lg-experience/lg-lab/watching-amazon-and-netflix-on-your-tv/, last accessed June 19, 2024.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a September 18, 2019 report and recommendation retrieved from PACER in the case captioned *Traxcell Techs., LLC v. AT&T Corp. et al.*, No. 2:17-cv-00718-RWS-RSP (E.D. Tex.).

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed: September 3, 2024
New York, New York

By: */s/ Robert S. Pickens*
Robert S. Pickens