# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC. and LG ELECTRONICS USA, INC.,<br><br>Defendants. | Civil Action No. 2:22-CV-494-JRG-RSP<br><br>**JURY TRIAL DEMANDED**<br><br>**RESTRICTED CONFIDENTIAL SOURCE CODE** |

**INFRINGEMENT REPORT OF CRAIG ROSENBERG, PH.D.**

60. Below I have identified six categories of technologies and improvements to which the Patents-in-Suit relate. I do not intend this categorization (or the names of the categories) to be limiting in any way, including with respect to the scope of the Patents-in-Suit or my opinions. Rather, I have categorized the Patents-in-Suit based on the improvements and benefits that they provide to user experiences with smart TVs. Although each of the Asserted Claims enhances user experiences with smart TVs, it is my opinion that what I have identified below is an appropriate categorization of the Patents-in-Suit based on what the Asserted Claims of each Patent-in-Suit cover and the nature of the benefits that the Asserted Claims of each Patent-in-Suit provide. Below is a table summarizing my categorization.

| **Category** | **Patents-in-Suit** |
|---|---|
| Application Information Enhancement Patents<br>(*infra* § IX.B) | 9,820,003 (003)<br>9,247,174 (174)<br>9,055,255 (255) |
| Application Navigation Enhancement Patent<br>(*infra* § IX.C) | 9,510,040 (040) |
| Content Information and Navigation Enhancement Patents<br>(*infra* § IX.D) | 10,419,805 (805)<br>9,578,384 (384)<br>9,426,527 (527) |

<table>
<tr><td rowspan="2">Content and Information Organization Based on Prior Usage Patents<br><br>(infra § IX.E)</td><td>9,237,291 (291)</td></tr>
<tr><td>9,185,325 (325)</td></tr>
<tr><td>Effective Remote Control Patent<br><br>(infra § IX.F)</td><td>9,055,254 (254)</td></tr>
</table>

**B. Application Information Enhancement Patents**

61. I have categorized the 003, 174, and 255 Patents as what I refer to as the "Application Information Enhancement Patents." These patents improve (1) the presentation of information regarding applications on smart TVs and (2) the presentation of information about the content displayed or available in different applications on smart TVs. This includes improvements to presenting such information in a manner that does not hinder a user's viewing of the content displayed on the TV. Below, I address each of the Application Information Enhancement Patents, including some of the benefits provided by each.

1. <u>Application Panel Manager (003)</u>

62. The 003 Patent (US 9,820,003 B2), titled "Application Panel Manager," addresses methods and systems for managing application panels on smart TVs. The 003 Patent enhances the user experience by providing an intuitive interface and seamless interaction capabilities via the use of application panels that

display information based on the content displayed on the television and additional context information.

63. The Asserted Claims of the 003 Patent involve detecting a request to invoke an application panel, determining appropriate information to display based on the content displayed on the television and additional context information, and displaying this information via the television. This information may include different types of information including electronic program guide information and recommendations. Thus, the Asserted Claims of the 003 Patent improve the user experience with smart TVs at least by enabling the intuitive presentation of relevant information in application panels, with that information being determined based on the content displayed on the television and additional contextual factors such as the type of content and the location of the panel.

2. Panel User Interface For An Intelligent Television (174)

64. The 174 Patent (US 9,247,174 B2), titled "Panel User Interface for an Intelligent Television," addresses methods and systems for managing application panels on smart TVs. The 174 Patent enhances the user experience by providing an intuitive manner of invoking different types of application panels that provide information about content displayed on the television, including via directional inputs.

65. The Asserted Claims of the 174 Patent involve determining content currently being shown on the television, identifying at least one of a content source and content information associated with the content currently being displayed via the television, and displaying different types of application panels based on that information. At least one of the application panels is displayed in response to directional inputs provided via an input device. Thus, the Asserted Claims of the 174 Patent improve the user experience with smart TVs at least by enabling seamless and efficient invocation of different types of application panels that provide relevant information to a user.

3. Live Television Application On Top Of Live Feed (255)

66. The 255 Patent (US 9,055,255 B2), titled "Live Television Application on Top of Live Feed," addresses methods and systems for displaying applications and panels on top of the display of live content with minimal obstruction to the viewing of that content. The 255 Patent enhances the user experience by allowing users to access additional information and options to interact with the television without interrupting the users' ability to view content on the television.

67. The Asserted Claims of the 255 Patent involve displaying live TV content on substantially an entire area of a screen and then presenting an application feature and a global panel feature, which are partially transparent or translucent, over the display of live content. Thus, the Asserted Claims of the 255 Patent

improve the user experience with smart TVs at least by providing for the simultaneous presentation of live TV broadcast content on the TV screen while displaying interactive or informational features that do not prevent a user from continuing to view that live TV broadcast content.

### C. Application Navigation Enhancement Patent

68. I have categorized the 040 Patent as what I refer to as the "Application Navigation Enhancement Patent." This patent improves the user experience in navigating and transitioning from one application (or television input) to another on a smart TV. Below, I address the 040 Patent, including some of the benefits it provides.

#### 1. <u>Global Panel (040)</u>

69. The 040 Patent (US 9,510,040 B2), titled "Global Panel," addresses methods and systems for displaying a global panel that provides information and navigation capabilities on a smart TV. The 040 Patent enhances the user experience by providing an intuitive interface and seamless navigation across television inputs and applications available on the smart TV, while displaying content regarding those inputs and applications in an easily accessible manner.

70. The Asserted Claims of the 040 Patent involve displaying a global panel that displays content information and that identifies and highlights different sources of content available on the smart TV. The Asserted Claims of the 040 Patent

improve the user experience with smart TVs at least by providing for a global panel that simplifies switching between different applications and inputs, provides quick access to different functionalities of the smart TVs, and provides relevant content information in an intuitive place in the user interface.

**D. Content Information and Navigation Enhancement Patents**

71. I have categorized the 805, 384, and 527 Patents as what I refer to as the "Content Information and Navigation Enhancement Patents." These patents improve the display and navigation of content available on the television via easy-to-use user interfaces and intuitive presentations of such content. Furthermore, these patents improve the display and accessibility of information related to such content including, for example, metadata related to the content (*e.g.*, the genre or duration of a particular item of VOD content). Below, I address each of the Content Information and Navigation Enhancement Patents, including some of the benefits provided by each.

1. <u>Data Service (805)</u>

72. The 805 Patent (US 10,419,805 B2), titled "Data Service System for Intelligent Television," addresses methods and systems for integrating and managing data services on smart TVs. The 805 Patent enhances the user experience by providing for the organization and presentation of data received from different

data services (*e.g.*, in response to a search for content) in a uniform format that is easy to use.

73. The Asserted Claims of the 805 Patent involve receiving data from a plurality of different subservices (related to VOD content, EPG information, and media content) and organizing that data into a data model that corresponds to the type of data received (*e.g.*, VOD data model, EPG data model, and media data model). This organized data, received from different subservices (and different sources within those subservices such as different VOD content providers), is then displayed on the television. Thus, the Asserted Claims of the 805 Patent improve the user experience with smart TVs at least by harmonizing the presentation of data received from disparate sources into a uniform and organized format that makes it easier and more efficient to access and understand the data.

2. System And Methods For Providing Video On Demand In An Intelligent Television (384)

74. The 384 Patent (US 9,578,384 B2), titled "Systems and Methods for Providing Video On Demand in an Intelligent Television," addresses methods and systems for enhancing the navigation and presentation of VOD content on smart TVs. The 384 Patent enhances the user experience by enabling an organized, hierarchical approach to navigating VOD content across different views, which may vary depending on the particular view and the nature of the VOD content (*e.g.*, a

standalone content item such as a movie or content item that is part of a series such as a TV show).

75. The Asserted Claims of the 384 Patent involve the presentation of VOD content in different views (*e.g.*, a master view, collection view, detail view, and digest view) that are organized hierarchically so that a user can navigate to more focused views for a desired content item (*e.g.*, to receive further information about the content item that may not be easy to display in a higher-level view), and then ultimately view a particular content item. Thus, the Asserted Claims of the 384 Patent improve the user experience with smart TVs at least by enabling effective display and organization of VOD content into user-friendly interfaces for browsing, selecting, and interacting with that content. As a result, users can more easily find VOD content that they are interested in, learn about specific VOD content items, and transition between different VOD content items.

3. <u>System And Methods For Providing Video On Demand In An Intelligent Television (527)</u>

76. The 527 Patent (US 9,426,527 B2), titled "Systems and Methods for Providing Video On Demand in an Intelligent Television," addresses methods and systems for enhancing the organization and presentation of VOD content on a smart TV. The 527 Patent enhances the user experience by providing for an organized and intuitive interface for browsing and navigating VOD content, including improving

the ability to browse based on various metadata characteristics associated with VOD content (*e.g.*, the genre of the content).

77. The Asserted Claims of the 527 Patent involve the presentation of available VOD content in an organized manner, including via the use of thumbnail images, based on different metadata characteristics and criteria for that VOD content. Thus, the Asserted Claims of the 527 Patent improve the user experience with smart TVs at least by providing for a more user-friendly interface for browsing, accessing, and navigating across VOD content through the use of metadata characteristics, such as the genre of the content, which are typically important to organizing the VOD content in a manner that is beneficial for users (*e.g.*, so that users can easily see the available VOD content items that are horror movies).

**E. Content and Information Organization Based on Prior Usage Patents**

78. I have categorized the 291 and 325 Patents as what I refer to as the "Content and Information Organization Based on Prior Usage Patents." These patents improve the efficiency of user interactions with a smart TV by enabling the organization and presentation of content and related information, based on prior usage of the TV by a user. With respect to the 291 Patent, this prior usage includes prior searching (*e.g.*, for available content) that is used to populate a search history. With respect to the 325 Patent, this prior usage includes prior viewing and searching of VOD content to categorize it as not watched, partially watched, or fully watched.

Below, I address both of the Content and Information Organization Based on Prior Usage Patents, including some of the benefits provided by each.

1. Method And System For Locating Programming On A Television (291)

79. The 291 Patent (US 9,237,291 B2), titled "Method and System for Locating Programming on a Television," addresses methods and systems for enhancing the user interface and functionality of smart TVs with respect to their capabilities to search for content. The 291 Patent enhances the user experience by providing an efficient search interface that presents search results in an intuitive way and remembers past searches, enabling quicker access to content that a user previously found useful or interesting.

80. The Asserted Claims of the 291 Patent involve the presentation of a search interface that enables search terms to be keyed in or selected from a prior search, and that enables searching of electronic program guide information (*e.g.*, airtime, program name, etc.). Moreover, the search interface enables the searching of both locally stored files as well as non-local sources of content that are accessible via a network and enables direct access to such content through the search results. Thus, the Asserted Claims of the 291 Patent improve the user experience with smart TVs at least by providing a more robust and efficient search interface, including one that allows users to easily view and use prior search terms.

2. System And Methods For Providing Video On Demand In An Intelligent Television (325)

81. The 325 Patent (US 9,185,325 B2) titled "System And Methods For Providing Video On Demand In An Intelligent Television" addresses methods and systems for enhancing the categorization of VOD content based on whether, and to what extent, a user has viewed that content in the past. The 325 Patent enhances the user experience by enabling more efficient organization of VOD content based on whether a user has not watched, partially watched, or fully watched that content.

82. The Asserted Claims of the 325 Patent involve providing a view of different items of VOD content based on their "watched status," which can comprise a not watch status, a partially watched status, or a fully watched status. The different items of VOD content are categorized based on this status. Thus, the Asserted Claims of the 325 Patent improve the user experience with smart TVs at least by providing views that categorize VOD content in a way that allows users to more easily access content that is new to them, content that they want to finish viewing, or content that they would like to view again.

**F. Effective Remote Control Patent**

83. I have categorized the 254 Patent as what I refer to as the "Effective Remote Control Patent." This patent improves the user experience with interacting with a smart TV via an enhanced remote control, including with respect to changing

channels and accessing advanced features and functionalities of the smart TV. Below, I address the 254 Patent, including some of the benefits it provides.

1. On Screen Method And System For Changing Television Channels (254)

84. The 254 Patent (US 9,055,254 B2), titled "On-Screen Method and System for Changing Television Channels," addresses methods and systems related to an on screen channel changer and a remote control that comprises a number of buttons to access certain features of a smart TV. The 254 Patent enhances the user experience by providing a more effective remote control that allows a user to more easily achieve certain functions of the smart TV, such as channel changing and access to different applications.

85. The Asserted Claims of the 254 Patent involve providing an on screen channel changer that comprises a number input bar, and a electronic program guide information, that enables changing channels on the television using non-numeric keys on the remote control. Additionally, the Asserted Claims of the 254 Patent involve providing additional buttons on the remote control that allow access to important features and information, including information about external devices connected to the television, applications of the television, and more. Thus, the Asserted Claims of the 254 Patent improve the user experience with smart TVs at least by providing a more intuitive and effective manner of interacting with the TV via a remote control, including by enabling on screen channel changing with the

presentation of electronic program guide information and enabling easy access to different functions and features of the TV.

## X. CLAIM CONSTRUCTION

86. I am not a legal expert, or an attorney, and offer no opinions on the law. I understand that claim construction is a matter of law. However, I have been informed by counsel of the legal standards that apply to claim construction, and I have applied them in forming my opinions.

87. I have been informed that the words of a claim are generally given the ordinary and customary meaning that the term or phrase would have to a POSA at the time of the invention in view of the surrounding claim language, the specification and the file history (collectively, the "intrinsic evidence"). I understand that the claims of a patent are not to be confined to disclosed embodiments and that limitations from the specification are not to be read into the claims. I also understand that extrinsic evidence, such as expert testimony, dictionaries, and learned treatises, may be relevant but that such extrinsic evidence should be given less weight than the intrinsic evidence and cannot contradict the intrinsic evidence.

88. I understand that the parties have agreed upon the constructions of the following claim terms. I have applied these constructions in forming my opinions set forth in this report.

I, Craig Rosenberg, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. I acknowledge that willful false statements and the like are punishable by fine and/or imprisonment, that all statements made of my own knowledge are true, and that all statements made on information and belief are believed to be true.

Executed on ____July 1st____, 2024, in Shoreline, Washington.

By: ________________________
Craig Rosenberg