**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

MULTIMEDIA TECHNOLOGIES PTE. LTD.,

Plaintiff,

v.

LG ELECTRONICS INC. AND LG ELECTRONICS USA, INC.,

Defendants.

Case No. 2:22-CV-00494-JRG-RSP

JURY TRIAL DEMANDED

[redacted]

**DECLARATION OF CHRISTOPHER M. GERSON IN SUPPORT OF PLAINTIFF MULTIMEDIA TECHNOLOGIES PTE. LTD.'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF <u>DR. RAMAMIRTHAM SUKUMAR</u>**

I, Christopher M. Gerson, declare and state as follows:

1. I am a partner with Schulte Roth & Zabel LLP and have been retained as an attorney for Multimedia Technologies Pte. Ltd. ("Multimedia"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I submit this Declaration in Support of Multimedia's Opposition to Defendants' Motion to Exclude the Expert Testimony of Dr. Ramamirtham Sukumar.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Infringement Report of Craig Rosenberg, Ph.D., dated July 1, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the August 5, 2024 testimony of Craig S. Rosenberg, Ph.D.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the Expert Report of Justin R. Blok, dated July 1, 2024.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the August 8, 2024 testimony of Justin R. Blok.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the August 9, 2024 testimony of Ramamirtham Sukumar, Ph.D.

6. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the Confidential Expert Report of Dr. Sukumar, dated July 1, 2024.

7. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the Confidential Expert Report of Mr. Schoettelkotte, dated July 30, 2024.

8. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Exhibit 2 – Feature & Level Description – from the Confidential Expert Report of Dr. Sukumar, dated July 1, 2024.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed: September 3, 2024
New York, New York

By: *_/s/ Christopher M. Gerson_*
Christopher M. Gerson