# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>LG ELECTRONICS INC. and LG §<br>ELECTRONICS USA, INC., §<br>§<br>*Defendants*. § | Case No. 2:22-cv-00494-JRG-RSP |

## ORDER

LG Electronics Inc. and LG Electronics USA, Inc. previously filed a Motion for Summary Judgment of Ineligibility under 35 U.S.C. § 101. Dkt. No. 121. Magistrate Judge Payne entered a Report and Recommendation, recommending grant in part of LG's Motion for Summary Judgment of Ineligibility under 35 U.S.C. § 101. Dkt. No. 227. LG has now filed Objections. Dkt. No. 237. Multimedia has also filed Objections. Dkt. No. 236.

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment of Ineligibility under 35 U.S.C. § 101, the Report and Recommendation, and the briefings on both parties' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** LG's and Multimedia's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment of Ineligibility under 35 U.S.C. § 101 (Dkt. No. 227) is **GRANTED** as to the asserted claims of U.S. Patent Nos. 9,237,291 and 9,185,325, and otherwise **DENIED**.

**So ORDERED and SIGNED this 31st day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE