# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> LG ELECTRONICS INC. and LG ELECTRONICS USA, INC., <br><br> *Defendants*. | § § § § § § § § § § § <br><br> Case No. 2:22-cv-00494-JRG-RSP |

## ORDER

LG Electronics Inc. and LG Electronics USA, Inc. previously filed a Motion for Summary Judgment of No Pre-Suit Indirect Infringement and No Pre-Suit or Post-Suit Willful Infringement. Dkt. No. 123. Magistrate Judge Payne entered a Report and Recommendation, recommending denial of LG's Motion for Summary Judgment. Dkt. No. 238. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Summary Judgment of No Pre-Suit Indirect Infringement and No Pre-Suit or Post-Suit Willful Infringement (Dkt. No. 123) is **DENIED**.

**So Ordered this**

**Mar 2, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE