# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., § § § *Plaintiff*, § § v. § Case No. 2:22-cv-00494-JRG-RSP § LG ELECTRONICS INC. and LG § ELECTRONICS USA, INC., § § *Defendants*. § | |

## ORDER

LG Electronics Inc. and LG Electronics USA, Inc. previously filed a Motion for Summary Judgment of No Direct Infringement. Dkt. No. 125. Magistrate Judge Payne entered a Report and Recommendation, recommending grant in part of LG's Motion for Summary Judgment of No Direct Infringement. Dkt. No. 239. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Summary Judgment of No Direct Infringement (Dkt. No. 125) is **GRANTED** as to the asserted method claims**,** and otherwise **DENIED**.

**So Ordered this**

**Mar 2, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE