IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:22-CV-00494-JRG-RSP |
| LG ELECTRONICS INC. and LG ELECTRONICS USA, INC., | § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Joint Motion for Preferential Trial Setting (the "Motion") filed by Plaintiff Multimedia Technologies Pte. Ltd. ("Plaintiff") and Defendants LG Electronics Inc. and LG Electronics USA, Inc. ("Defendants" and, collectively with Plaintiff, the "Parties"). (Dkt. No. 273.) In the Motion, the Parties request that the Court grant them a preferential trial setting for the week of May 5, 2025, and they give various reasons for such request. (*Id*. at 1-2.)

Having considered the Motion, the Court finds that it should be and hereby is **DENIED**. Accordingly, the trial setting for the above-captioned case is to remain unaffected.

**So ORDERED and SIGNED this 27th day of March, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE