IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC.<br><br>　　　　　Defendants. | Civil Action No. 2:22-CV-00494-JRG-RSP |

**JOINT NOTICE REGARDING STATUS OF *INTER PARTES* REVIEW PROCEEDINGS FOR PATENTS-IN-SUIT**

　　Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. ("Defendants" or "LG") and Plaintiff Multimedia Technologies Pte. Ltd. ("Plaintiff" or "Multimedia"), through their undersigned counsel, hereby jointly notify the Court on the status of the *inter partes* review ("IPR") proceedings for U.S. Patent No. 9,510,040 ("the '040 Patent"), U.S. Patent No. 9,247,174 ("the '174 Patent"), U.S. Patent No. 9,055,254 ("the '254 Patent"), and U.S. Patent No. 10,419,805 ("the '805 Patent") (four of the Patents-in-Suit in the upcoming May 19, 2025 trial setting).

　　The United States Patent Trial and Appeal Board ("PTAB") instituted IPR proceedings for all challenged claims of the '040 Patent (PTAB Proceeding No. IPR2024-00351), the '174 Patent (PTAB Proceeding No. IPR2024-00352), and the '805 Patent (PTAB Proceeding No. IPR2024-00354) on May 21, 2024. On June 11, 2024, the PTAB instituted IPR proceedings for all challenged claims of the '254 Patent (PTAB Proceeding No. IPR2024-00353).

　　On April 29, 2025, the PTAB issued its Final Written Decision in IPR2024-00352 finding none of the challenged claims of the '174 Patent unpatentable. *See* Exhibit 1. On May 12, 2025,

1

the PTAB issued its Final Written Decision in IPR2024-00353 concluding that LG demonstrated by a preponderance of the evidence all challenged claims of the '254 Patent—including, as relevant here, asserted claim 8—unpatentable.  *See* Exhibit 2.

The Parties provide further notification to the Court that the PTAB's Final Written Decisions in IPR2024-00351 and IPR2024-00354, which include asserted claim 21 of the '040 Patent and asserted claim 10 of the '805 Patent, are due to be issued by May 21, 2025, and thus are likely to occur during trial.

Dated:  May 18, 2025

Respectfully Submitted

*/s/ Elizabeth L. DeRieux (with permission)*
Timothy K. Gilman (admitted pro hac vice)
Christopher M. Gerson (admitted pro hac vice)
Robert S. Pickens (admitted pro hac vice)
**SCHULTE ROTH & ZABEL LLP**
919 Third Ave
New York, NY 10022
Tel: (212) 756-2000
Fax: (212) 593-5955
Email: tim.gilman@srz.com
Email: chris.gerson@srz.com
Email: robert.pickens@srz.com

Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH PC**
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

S. Calvin Capshaw
Texas Bar No. 03783900
Elizabeth L. DeRieux
Texas Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
Email: ccapshaw@capshawlaw.com

*/s/ Collin W. Park*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

James Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH LLP**
102 N College, Suite 800
Tyler, TX 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
travis@gillamsmithlaw.com

Collin W. Park (Admitted *pro hac vice*)
Natalie A. Bennett*
Illinois Bar No. 6304611
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
collin.park@morganlewis.com
natalie.bennett@morganlewis.com

Susan Stradley

2

Email: ederieux@capshawlaw.com

*Attorneys for Plaintiff Multimedia Technologies Pte. Ltd.*

Texas Bar No. 24117102
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana St., Suite 4000
Houston, TX 77002-5006
Telephone: 713.890.5151
Facsimile: 713.890.5001
susan.stradley@morganlewis.com

Jason C. White*
Illinois Bar No. 6238352
Nicholas A. Restauri*
Illinois Bar No. 6309995
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: 312.324.1000
Facsimile: 312.324.1001
jason.white@morganlewis.com
nicholas.restauri@morganlewis.com

Jason E. Gettleman (admitted *pro hac vice*)
Austin L. Zuck (admitted *pro hac vice*)
Brooke Quesinberry (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
jason.gettleman@morganlewis.com
austin.zuck@morganlewis.com
brooke.quesinberry@morganlewis.com

*Admitted to practice

*Attorneys for Defendants LG Electronics Inc. and LG Electronics USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 18, 2025, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

<i>/s/ Collin W. Park</i><br>
Collin W. Park