# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIMEDIA TECHNOLOGIES PTE. LTD.** | § § § | |
| v. | § § | Case No. 2:22-cv-00494-JRG-RSP |
| **LG ELECTRONICS INC. and LG ELECTRONICS USA, INC.** | § § § | |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### May 19, 2025

**OPEN:** 09:08 AM                                                                                      **ADJOURN:** 06:04 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Braden Anderson<br>Danielle Zapata<br>Gregory Saltz |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| **TIME** | **MINUTE ENTRY** |
|---|---|
| 09:08 AM | Court opened. |
| 09:09 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:22 AM | Court called for announcements from the parties. |
| 09:23 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:34 AM | Prospective Jurors began introduction of themselves. |
| 10:01 AM | Court provided additional instructions to Jury Pool. |
| 10:05 AM | *Voir dire* on behalf of Plaintiff by Mr. Bunt. |
| 10:35 AM | *Voir dire* on behalf of Defendants by Mr. Underwood. |
| 11:05 AM | Bench conference with counsel re: challenges for cause. |
| 11:08 AM | Bench conference concluded. |
| 11:08 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:11 AM | Remainder of Jury Pool recessed for break. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:12 AM | Counsel approached bench. |
| 11:12 AM | Strike conference began with specifically named juror(s). |
| 11:46 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:46 AM | Recess. |
| 12:09 PM | Court reconvened. |
| 12:09 PM | Instructions given by the Court. Jurors selected. |
| 12:11 PM | Jurors sworn. |
| 12:14 PM | Remainder of Jury Pool excused. |
| 12:15 PM | Additional instructions given by the Court. |
| 12:29 PM | Jury recessed for lunch. |
| 12:30 PM | Recess. |
| 01:17 PM | Court reconvened. |
| 01:18 PM | Jury returned to courtroom. |
| 01:19 PM | Court gave preliminary instructions to Jury. |
| 01:57 PM | Notebooks provided to Jury. |
| 01:58 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:04 PM | Plaintiff's opening statement by Mr. Gilman. |
| 02:32 PM | Defendants' opening statement by Mr. White. |
| 02:56 PM | **Courtroom sealed**. |
| 02:56 PM | Continuation Defendants' opening statement by Mr. White. |
| 02:58 PM | **Courtroom unsealed**. |
| 02:59 PM | Continuation Defendants' opening statement by Mr. White. |
| 03:02 PM | Opening statements concluded. |
| 03:02 PM | Rule invoked. |
| 03:03 PM | Plaintiff's case-in-chief: |
| 03:03 PM | Witness sworn. |
| 03:05 PM | Direct examination of Mr. Guy Proulx by Mr. Gilman. |
| 03:15 PM | Bench conference. |
| 03:19 PM | Bench conference concluded. |
| 03:19 PM | Continuation direct examination of Mr. Guy Proulx by Mr. Gilman. |
| 03:23 PM | **Courtroom sealed**. |
| 03:23 PM | Continuation direct examination of Mr. Guy Proulx by Mr. Gilman. |
| 03:30 PM | **Courtroom unsealed**. |
| 03:31 PM | Continuation direct examination of Mr. Guy Proulx by Mr. Gilman. |
| 03:34 PM | Jury recessed for break. |
| 03:34 PM | Recess. |
| 03:46 PM | Court reconvened. |
| 03:47 PM | Jury returned to courtroom. |
| 03:47 PM | Cross examination of Mr. Guy Proulx by Ms. Bennett. |
| 03:52 PM | Bench conference. |
| 03:53 PM | Bench conference concluded. |
| 03:53 PM | Continuation cross examination of Mr. Guy Proulx by Ms. Bennett. |
| 03:57 PM | **Courtroom sealed**. |
| 03:57 PM | Continuation cross examination of Mr. Guy Proulx by Ms. Bennett. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:06 PM | **Courtroom unsealed**. |
| 04:07 PM | Redirect examination of Mr. Guy Proulx by Mr. Gilman. |
| 04:10 PM | Recross examination of Mr. Guy Proulx by Ms. Bennett. |
| 04:10 PM | Completion of testimony of Mr. Guy Proulx. |
| 04:11 PM | Witness sworn. |
| 04:12 PM | Bench conference. |
| 04:13 PM | Bench conference concluded. |
| 04:14 PM | Jury retired to jury room. |
| 04:14 PM | Court took up a matter outside the presence of the Jury. |
| 04:15 PM | Off the record. |
| 04:25 PM | On the record. |
| 04:25 PM | Jury returned to courtroom. |
| 04:26 PM | Direct examination of Mr. Sanjiv Sirpal by Mr. Apgar. |
| 04:57 PM | Bench conference. |
| 04:59 PM | Bench conference concluded. |
| 04:59 PM | Continuation direct examination of Mr. Sanjiv Sirpal by Mr. Apgar. |
| 05:06 PM | Cross examination of Mr. Sanjiv Sirpal by Mr. White. |
| 05:20 PM | Redirect examination of Mr. Sanjiv Sirpal by Mr. Apgar. |
| 05:25 PM | Recross examination of Mr. Sanjiv Sirpal by Mr. White. |
| 05:26 PM | Completion of testimony of Mr. Sanjiv Sirpal. |
| 05:26 PM | Ms. Simonson introduced the video deposition designation of Mr. Yongbin Cho. |
| 05:51 PM | Video deposition designation of Mr. Yongbin Cho concluded. |
| 05:51 PM | Ms. Simonson introduced the video deposition designation of Ms. MinYoung Yang. |
| 06:01 PM | Video deposition designation of Ms. MinYoung Yang concluded. |
| 06:02 PM | Court instructions to the Jury. |
| 06:03 PM | Jury recessed until tomorrow morning at 8:30 a.m. |
| 06:03 PM | Court reminded the parties the exhibits used in today's portion of the trial will be read into the record tomorrow morning before the Jury returns to the courtroom. |
| 06:04 PM | Court adjourned. |