

**2:22-cv-00494-JRG-RSP**
**Multimedia Technologies Pte Ltd v LG Electronics Inc and LG Electronics USA Inc.**
May 19, 2025 at 9:00 AM
Trial (with Jury Selection) -- Day 1

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| CHRIS BUNT | MULTIMEDIA |
| Daniel Apgar | Multimedia |
| ELIZABETH DeRIEUX | Multimedia |
| Tim Gilman | Multimedia |
| Erika Simonson | Multimedia |
| Travis Underwood | LG |
| Jason White | " |
| Natalie Bennett | " |
| Jason Gettleman | " |
| Nick Restauri | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| GUY PROULX | MULTIMEDIA |
| Doug Loretucci | LG |