IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIMEDIA TECHNOLOGIES PTE. LTD.** | § § § | |
| v. | § § | Case No. 2:22-cv-00494-JRG-RSP |
| **LG ELECTRONICS INC. and LG ELECTRONICS USA, INC.** | § § § | |

MINUTES FOR TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
May 20, 2025

**OPEN: 08:21 AM**                                                                                                   **ADJOURN: 05:45 PM**

| ATTORNEYS FOR PLAINTIFF: | See attached |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Braden Anderson<br>Danielle Zapata<br>Gregory Saltz |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:21 AM | Court opened. |
| 08:22 AM | Exhibits used prior day read into the record. |
| 08:24 AM | Court discussion with counsel re: use and placement of demonstrative exhibits. |
| 08:28 AM | Continuation of the reading into the record exhibits used prior day. |
| 08:29 AM | Jury entered the courtroom. |
| 08:29 AM | Continuation Plaintiff's case-in-chief: |
| 08:29 AM | Witness sworn. |
| 08:30 AM | Direct examination of Dr. Craig Rosenberg by Mr. Pickens. |
| 09:26 AM | Bench conference. |
| 09:29 AM | Bench conference concluded. |
| 09:29 AM | Continuation direct examination of Dr. Craig Rosenberg by Mr. Pickens. |
| 09:53 AM | Jury recessed for break. |
| 09:54 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:03 AM | Court reconvened. |
| 10:04 AM | Jury returned to courtroom. |
| 10:04 AM | Continuation direct examination of Dr. Craig Rosenberg by Mr. Pickens. |
| 10:43 AM | Bench conference. |
| 10:44 AM | Bench conference concluded. |
| 10:45 AM | Cross examination of Dr. Craig Rosenberg by Mr. Restauri. |
| 10:58 AM | Jury recessed for break. |
| 10:59 AM | Recess. |
| 11:15 AM | Court reconvened. |
| 11:15 AM | Jury returned to courtroom. |
| 11:16 AM | Continuation cross examination of Dr. Craig Rosenberg by Mr. Restauri. |
| 12:05 PM | Redirect examination of Dr. Craig Rosenberg by Mr. Pickens. |
| 12:15 PM | Recross examination of Dr. Craig Rosenberg by Mr. Restauri. |
| 12:16 PM | Completion of testimony of Dr. Craig Rosenberg. |
| 12:17 PM | Jury recessed for lunch break. |
| 12:18 PM | Recess. |
| 01:02 PM | Court reconvened. |
| 01:02 PM | Jury returned to courtroom. |
| 01:03 PM | Ms. Simonson introduced the video deposition designation of Mr. David Park. |
| 01:11 PM | Video deposition designation of Mr. David Park concluded. |
| 01:12 PM | Witness sworn. |
| 01:12 PM | Direct examination of Dr. Ramamirtham Sukumar by Ms. DeRieux. |
| 01:51 PM | Cross examination of Dr. Ramamirtham Sukumar by Mr. White. |
| 02:11 PM | Completion of testimony of Dr. Ramamirtham Sukumar. |
| 02:12 PM | Jury recessed for break. |
| 02:12 PM | Recess. |
| 02:26 PM | Court reconvened. |
| 02:26 PM | Court took up matter outside presence of the Jury. |
| 02:30 PM | Jury returned to courtroom. |
| 02:31 PM | Witness sworn. |
| 02:32 PM | Direct examination of Mr. Justin Blok by Ms. DeRieux. |
| 02:53 PM | **Courtroom sealed**. |
| 02:53 PM | Continuation direct examination of Mr. Justin Blok by Ms. DeRieux. |
| 03:03 PM | **Courtroom unsealed**. |
| 03:04 PM | Continuation direct examination of Mr. Justin Blok by Ms. DeRieux. |
| 03:37 PM | Cross examination of Mr. Justin Blok by Ms. Bennett. |
| 04:08 PM | **Courtroom sealed**. |
| 04:08 PM | Continuation cross examination of Mr. Justin Blok by Ms. Bennett. |
| 04:12 PM | **Courtroom unsealed**. |
| 04:12 PM | Continuation cross examination of Mr. Justin Blok by Ms. Bennett. |
| 04:14 PM | **Courtroom sealed**. |
| 04:15 PM | Redirect examination of Mr. Justin Blok by Ms. DeRieux. |
| 04:19 PM | **Courtroom unsealed**. |
| 04:20 PM | Recross examination of Mr. Justin Blok by Ms. Bennett. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:24 PM | Additional redirect examination of Mr. Justin Blok by Ms. DeRieux. |
| 04:25 PM | Completion of testimony of Mr. Justin Blok. |
| 04:25 PM | Plaintiff rested its case-in-chief. |
| 04:26 PM | Defendants' case-in-chief: |
| 04:26 PM | Witness sworn. |
| 04:27 PM | Direct examination of Mr. Christopher Ricci (adverse witness) by Mr. Underwood. |
| 04:43 PM | Court provided explanation to Jury re: use of an adverse witness. |
| 04:43 PM | Cross examination of Mr. Christopher Ricci (adverse witness) by Mr. Apgar. |
| 04:50 PM | Redirect examination of Mr. Christopher Ricci (adverse witness) by Mr. Underwood. |
| 04:51 PM | Recross examination of Mr. Christopher Ricci (adverse witness) by Mr. Apgar. |
| 04:53 PM | Completion of testimony of Mr. Christopher Ricci. |
| 04:53 PM | Mr. Sikora introduced the video deposition designation of Mr. Mohammed Selim |
| 05:02 PM | Video deposition designation of Mr. Mohammed Selim concluded. |
| 05:02 PM | Witness sworn. |
| 05:03 PM | Direct examination of Mr. Douglas Loretucci by Ms. Bennett. |
| 05:22 PM | Bench conference. |
| 05:25 PM | Bench conference concluded. |
| 05:25 PM | Continuation direct examination of Mr. Douglas Loretucci by Ms. Bennett. |
| 05:30 PM | Bench conference. |
| 05:32 PM | Bench conference concluded. |
| 05:32 PM | Continuation direct examination of Mr. Douglas Loretucci by Ms. Bennett. |
| 05:39 PM | Bench conference. |
| 05:39 PM | Bench conference concluded. |
| 05:39 PM | Court instructions to the Jury. |
| 05:40 PM | Jury recessed until tomorrow morning at 8:30 a.m. |
| 05:41 PM | Court directed the submission of a jointly prepared updated final jury instructions and verdict form by 3:30 tomorrow afternoon in Word format and electronically transmitted to Court staff. |
| 05:45 PM | Court adjourned. |