**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MULTIMEDIA TECHNOLOGIES PTE. LTD.** | § § § | |
| **v.** | § § | **Case No.  2:22-cv-00494-JRG-RSP** |
| **LG ELECTRONICS INC. and LG ELECTRONICS USA, INC.** | § § § | |

---

**MINUTES FOR TRIAL DAY NO. 3**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**May 21, 2025**

**OPEN:  08:24 AM**                              **ADJOURN:  06:36 PM**

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEYS FOR DEFENDANTS:         See attached.

LAW CLERKS:                                   Braden Anderson
                                                    Danielle Zapata
                                                    Gregory Saltz

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                       Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:24 AM | Court opened. |
| 08:24 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Court admitted Exhibit PTX 033. |
| 08:28 AM | Jury entered the courtroom. |
| 08:29 AM | Continuation Defendants' case-in-chief: |
| 08:29 AM | Cross examination of Mr. Douglas Loretucci by Mr. Pickens. |
| 08:40 AM | Redirect examination of Mr. Douglas Loretucci by Ms. Bennett. |
| 08:42 AM | Recross examination of Mr. Douglas Loretucci by Mr. Pickens. |
| 08:42 AM | Completion of testimony of Mr. Douglas Loretucci. |
| 08:43 AM | Bench conference. |
| 08:44 AM | Bench conference concluded. |
| 08:45 AM | Witness sworn. |
| 08:46 AM | Bench conference. |

| TIME | MINUTE ENTRY |
|------|--------------|
| 08:47 AM | Bench conference concluded. |
| 08:47 AM | Court provided explanation to the Jury re: testimony of live witness who previously testified by video deposition. |
| 08:48 AM | Direct examination of Mr. David Park by Ms. Bennett. |
| 09:13 AM | Cross examination of Mr. David Park by Mr. Gilman. |
| 09:33 AM | Redirect examination of Mr. David Park by Ms. Bennett. |
| 09:41 AM | Recross examination of Mr. David Park by Mr. Gilman. |
| 09:42 AM | Completion of testimony of Mr. David Park. |
| 09:42 AM | Bench conference. |
| 09:43 AM | Bench conference concluded. |
| 09:44 AM | Witness sworn. (Interpreter, Ms. Jeesoo Jung, previously sworn). |
| 09:45 AM | Direct examination of Mr. Yongbin Cho (with aid of interpreter) by Mr. White. |
| 10:26 AM | Jury recessed for break. |
| 10:27 AM | Recess. |
| 10:40 AM | Court reconvened. |
| 10:40 AM | Jury returned to courtroom. |
| 10:40 AM | Cross examination of Mr. Yongbin Cho (with aid of interpreter) by Mr. Pickens. |
| 10:58 AM | Redirect examination of Mr. Yongbin Cho (with aid of interpreter) by Mr. White. |
| 11:02 AM | Completion of testimony of Mr. Yongbin Cho. |
| 11:02 AM | Witness sworn. |
| 11:04 PM | Direct examination of Dr. Dan Schonfeld by Mr. Gettleman. |
| 12:11 PM | Bench conference. |
| 12:13 PM | Bench conference concluded. |
| 12:13 PM | Jury recessed for lunch break. |
| 12:14 PM | Recess. |
| 01:01 PM | Court reconvened. |
| 01:02 PM | Jury returned to courtroom. |
| 01:02 PM | Continuation direct examination of Dr. Dan Schonfeld by Mr. Gettleman. |
| 01:44 PM | Cross examination of Dr. Dan Schonfeld by Mr. Gilman. |
| 02:57 PM | Redirect examination of Dr. Dan Schonfeld by Mr. Gettleman. |
| 03:07 PM | Recross examination of Dr. Dan Schonfeld by Mr. Gilman. |
| 03:11 PM | Completion of testimony of Dr. Dan Schonfeld. |
| 03:12 PM | Jury recessed for break. |
| 03:12 PM | Recess. |
| 03:25 PM | Court reconvened. |
| 03:26 PM | Jury returned to courtroom. |
| 03:26 PM | Witness sworn. |
| 03:27 PM | Direct examination of Dr. Loren Terveen by Mr. Restauri. |
| 04:53 PM | Jury recessed for break. |
| 04:54 PM | Recess. |
| 05:03 PM | Court reconvened. |
| 05:04 PM | Jury returned to courtroom. |
| 05:06 PM | Cross examination of Dr. Loren Terveen by Mr. Gilman. |
| 05:38 PM | Redirect examination of Dr. Loren Terveen by Mr. Restauri. |

| **TIME** | **MINUTE ENTRY** |
|---|---|
| 05:44 PM | Recross examination of Dr. Loren Terveen by Mr. Gilman. |
| 05:46 PM | Completion of testimony of Dr. Loren Terveen. |
| 05:47 PM | Bench conference. |
| 05:48 PM | Bench conference concluded. |
| 05:48 PM | Witness sworn. |
| 05:49 PM | Direct examination of Mr. W. Todd Schoettelkotte by Mr. Underwood. |
| 05:53 PM | **Courtroom sealed**. |
| 05:53 PM | Continuation direct examination of Mr. W. Todd Schoettelkotte by Mr. Underwood. |
| 06:26 PM | **Courtroom unsealed**. |
| 06:27 PM | Court instructions to the Jury. |
| 06:27 PM | Jury recessed until 8:30 tomorrow morning. |
| 06:29 PM | Court addressed and made rulings as set forth in the record re: Plaintiff's rebuttal case. |
| 06:36 PM | Court adjourned. |