# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIMEDIA TECHNOLOGIES PTE. LTD.** | § § § | |
| v. | § § | Case No. 2:22-cv-00494-JRG-RSP |
| **LG ELECTRONICS INC. and LG ELECTRONICS USA, INC.** | § § § | |

## MINUTES FOR TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### May 22, 2025

**OPEN:** 08:23 AM                                                              **ADJOURN:** 01:25 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Braden Anderson<br>Danielle Zapata<br>Gregory Saltz |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:23 AM | Court opened. |
| 08:24 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:27 AM | Continuation Defendants' case-in-chief: |
| 08:27 AM | Cross examination of Mr. W. Todd Schoettelkotte by Mr. Bunt. |
| 08:49 AM | **Courtroom sealed**. |
| 08:50 AM | Continuation cross examination of Mr. W. Todd Schoettelkotte by Mr. Bunt. |
| 09:01 AM | **Courtroom unsealed**. |
| 09:01 AM | Continuation cross examination of Mr. W. Todd Schoettelkotte by Mr. Bunt. |
| 09:03 AM | Redirect examination of Mr. W. Todd Schoettelkotte by Mr. Underwood. |
| 09:07 AM | **Courtroom sealed**. |
| 09:08 AM | Continuation redirect examination of Mr. W. Todd Schoettelkotte by Mr. Underwood. |
| 09:17 AM | **Courtroom unsealed**. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:18 AM | Recross examination of Mr. W. Todd Schoettelkotte by Mr. Bunt. |
| 09:19 AM | Completion of testimony of Mr. W. Todd Schoettelkotte. |
| 09:20 AM | Defendants rested its case-in-chief. |
| 09:20 AM | Plaintiff's rebuttal case: |
| 09:20 AM | Witness sworn. |
| 09:21 AM | Direct examination of rebuttal witness Dr. Rajeev Surati by Mr. Pickens. |
| 10:21 AM | Jury recessed for break. |
| 10:21 AM | Recess. |
| 10:30 AM | Court reconvened. |
| 10:31 AM | Objection raised. |
| 10:31 AM | Court heard argument and made rulings as set forth in the record. |
| 10:35 AM | Jury returned to courtroom. |
| 10:35 AM | Bench conference. |
| 10:37 AM | Bench conference concluded. |
| 10:37 AM | Cross examination of rebuttal witness Dr. Rajeev Surati by Mr. Gettleman. |
| 11:11 AM | Redirect examination of rebuttal witness Dr. Rajeev Surati by Mr. Pickens. |
| 11:12 AM | Completion of rebuttal testimony of Dr. Rajeev Surati. |
| 11:13 AM | Bench conference. |
| 11:14 AM | Bench conference concluded. |
| 11:14 AM | Direct examination of rebuttal witness Dr. Craig Rosenberg by Mr. Pickens. |
| 11:31 AM | Cross examination of rebuttal witness Dr. Craig Rosenberg by Mr. Restauri. |
| 11:34 AM | Completion of rebuttal testimony of Dr. Craig Rosenberg. |
| 11:34 AM | Plaintiff rested its rebuttal case. |
| 11:34 AM | Both sides rested. |
| 11:35 AM | Court provided instructions to the Jury. |
| 11:38 AM | Jury excused for the reminder of the day to return tomorrow at 8:30 AM. |
| 11:39 AM | Court will take up Rule 50(a) motions following lunch break. |
| 11:45 AM | Recess. |
| 12:37 PM | Court reconvened. |
| 12:39 PM | Court took up Rule 50(a) motions. |
| 12:39 PM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 12:40 PM | Court began hearing argument on Rule 50(a) motions. |
| 01:23 PM | Argument concluded. |
| 01:23 PM | Court made rulings as set forth in the record. |
| 01:25 PM | Completion of hearing re: Rule 50(a) motions. |
| 01:25 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 01:25 PM | Recess. |