# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 2:22-CV-00494-JRG-RSP |
| LG ELECTRONICS INC. and LG ELECTRONICS USA, INC., | § § § § § | |
| Defendants. | § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Multimedia**" refers to Plaintiff Multimedia Technologies Pte. Ltd.

- "**LG**" refers collectively to Defendants LG Electronics Inc. and LG Electronics USA, Inc.

- The "**'254 Patent**" refers to U.S. Patent No. 9,055,254.

- The "**'174 Patent**" refers to U.S. Patent No. 9,247,174.

- The "**'040 Patent**" refers to U.S. Patent No. 9,510,040.

- The "**'805 Patent**" refers to U.S. Patent No. 10,419,805.

- The "**'255 Patent**" refers to U.S. Patent No. 9,055,255.

- The "**Asserted Patents**" refers collectively to the '254 Patent, '174 Patent, '040 Patent, '805 Patent, and '255 Patent.

- The "**Asserted Claims**" refers collectively to Claim 8 of the '254 Patent; Claims 10 and 11 of the '174 Patent; Claim 21 of the '040 Patent; Claim 10 of the '805 Patent; and Claim 19 of the '255 Patent.

## IT IS VERY IMPORTANT THAT YOU

## FOLLOW THE INSTRUCTIONS PROVIDED IN

## THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE

## THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1:

Did Multimedia prove by a preponderance of the evidence that LG infringed the following Asserted Claims?

Answer "Yes" **OR** "No" for each Asserted Claim listed below by putting an "X" in the appropriate box.

| '254 Patent | Yes | No |
|---|---|---|
| Claim 8 |  | X |

| '174 Patent | Yes | No |
|---|---|---|
| Claim 10 |  | X |
| Claim 11 |  | X |

| '040 Patent | Yes | No |
|---|---|---|
| Claim 21 |  | X |

| '805 Patent | Yes | No |
|---|---|---|
| Claim 10 |  | X |

| '255 Patent | Yes | No |
|---|---|---|
| Claim 19 |  | X |

## QUESTION NO. 2:

Did LG prove by clear and convincing evidence that the following Asserted Claims are invalid?

Answer "Yes" **OR** "No" for each Asserted Claim listed below by putting an "X" in the appropriate box.

| '254 Patent | Yes | No |
|---|---|---|
| Claim 8 | X | |

| '174 Patent | Yes | No |
|---|---|---|
| Claim 10 | X | |
| Claim 11 | X | |

| '040 Patent | Yes | No |
|---|---|---|
| Claim 21 | X | |

| '805 Patent | Yes | No |
|---|---|---|
| Claim 10 | X | |

| '255 Patent | Yes | No |
|---|---|---|
| Claim 19 | X | |

If you have found that an Asserted Claim is both infringed ("YES" as to that claim in Question No. 1) **AND** is not invalid ("NO" as to that same claim in Question No. 2), then answer Question No. 3 and Question No. 4 as to that claim. Following these instructions for <u>each claim</u> on a claim-by-claim basis.

For example, if you answered "YES" as to Claim 8 of the '254 Patent in Question No. 1 and you answered "NO" as to the same Claim 8 in Question No. 2, then answer Question No. 3 and Question No. 4 as to that claim. However, as another example, if you answered "NO" as to Claim 10 of the '174 Patent in Question No. 1 **OR** you answered "YES" as to that same Claim 10 in Question No. 2, then DO NOT answer Question No. 3 and Question No. 4 as to that claim.

Also, if you answered "NO" for ALL Asserted Claims in Question No. 1 **OR** "YES" for ALL Asserted Claims in Question No. 2, then you SHOULD NOT answer Question No. 3 or No. 4, and in that case proceed directly to the final page of the Verdict Form.

6

# QUESTION NO. 3

What sum of money, if paid now in cash as a reasonable royalty, has Multimedia proven by a preponderance of the evidence would compensate it for its damages from LG's infringement of the following Asserted Patents?

Answer **individually** for each applicable Asserted Patent in United States Dollars and Cents, if any:

        **'254 Patent**        $_____

        **'174 Patent**        $_____

        **'040 Patent**        $_____

        **'805 Patent**        $_____

        **'255 Patent**        $_____

## QUESTION NO. 4:

Are the damages for infringement you found in Question No. 3 a lump sum or a running royalty?

      Lump Sum: _____ **OR** Running Royalty: _____

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __23__ day of May, 2025.


_____
Jury Foreperson