# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MULTIMEDIA TECHNOLOGIES PTE. LTD.** | § § § | |
| v. | § § | Case No. 2:22-cv-00494-JRG-RSP |
| **LG ELECTRONICS INC. and LG ELECTRONICS USA, INC.** | § § § | |

## MINUTES FOR TRIAL DAY NO. 5
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
May 23, 2025

**OPEN:** 08:09 AM  **ADJOURN:** 02:04 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Braden Anderson<br>Danielle Zapata<br>Gregory Saltz |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| **TIME** | **MINUTE ENTRY** |
|---|---|
| 08:09 AM | Court opened. |
| 08:09 AM | Exhibits used prior day read into the record. |
| 08:10 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:12 AM | Court provided instructions. |
| 08:13 AM | Formal charge conference started. |
| 08:24 AM | Formal charge conference completed. |
| 08:24 AM | Recess. |
| 08:39 AM | Court reconvened. |
| 08:41 AM | Jury entered the courtroom. |
| 08:42 AM | Court proceeded to charge the Jury with final instructions. |
| 09:47 AM | Closing argument by Plaintiff's counsel, Mr. Gilman. |
| 10:11 AM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:13 AM | Bench conference concluded. |
| 10:13 AM | Closing argument by Defendants' counsel, Mr. White. |
| 10:50 AM | **Courtroom sealed**. |
| 10:50 AM | Continuation closing argument by Defendants' counsel, Mr. White. |
| 10:51 AM | **Courtroom unsealed**. |
| 10:52 AM | Continuation closing argument by Defendants' counsel, Mr. White. |
| 10:55 AM | Final closing argument by Plaintiff's counsel, Mr. Gilman. |
| 11:00 AM | **Courtroom sealed**. |
| 11:00 AM | Continuation final closing argument by Plaintiff's counsel, Mr. Gilman. |
| 11:01 AM | **Courtroom unsealed**. |
| 11:02 AM | Continuation final closing argument by Plaintiff's counsel, Mr. Gilman. |
| 11:08 AM | Closing arguments concluded. |
| 11:08 AM | Court gave final instructions to the Jury. |
| 11:13 AM | Jury retired to jury room to deliberate. |
| 11:14 AM | Court recessed. |
| 12:51 PM | Court reconvened. |
| 12:51 PM | Court informed counsel of a Jury note received by the Court. |
| 12:52 PM | Discussion with counsel. |
| 12:52 PM | Court instructed CSO to hand-deliver response to Jury. |
| 12:52 PM | Recess. |
| 01:55 PM | Court reconvened. |
| 01:55 PM | Court informed counsel of a Jury note received by the Court. |
| 01:56 PM | Jury entered the courtroom. |
| 01:57 PM | Court announced the verdict into the record. |
| 02:00 PM | Jurors polled representing a unanimous verdict. |
| 02:01 PM | Jurors released and excused by the Court. |
| 02:04 PM | Court adjourned. |