IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC., <br><br> *Defendants.* | § § § § § § § § § § § § § § § |

CASE NO. 2:22-CV-00494-JRG-RSP

**FINAL JUDGMENT**

A jury trial commenced in the above-captioned case on May 19, 2025. On May 23, 2025, the Jury reached and returned its unanimous verdict finding that Defendants LG Electronics, Inc. and LG Electronics USA, Inc. (together, "LG") do not infringe: claim 8 of U.S. Patent No. 9,055,254 (the "'254 Patent"), claims 10 or 11 of U.S. Patent No. 9,247,174 (the "'174 Patent"), claim 21 of U.S. Patent No. 9,510,040 (the "'040 Patent"), claim 10 of U.S. Patent No. 10,419,805 (the "'805 Patent"), or claim 19 of U.S. Patent No. 9,055,255 (the "'255 Patent") (collectively, the "Asserted Claims"). (Dkt. No. 295 at 4.) The Jury's verdict also found that each of the Asserted Claims were invalid. (*Id*. at 5.)

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. LG has not infringed the Asserted Claims;

2. The Asserted Claims are invalid;

3. Plaintiff Multimedia Technologies Pte. Ltd. ("Plaintiff") takes nothing against LG; and

4. Under Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, LG is the prevailing party in this case and shall recover its costs from Plaintiff. Accordingly, LG is directed to file its Bill of Costs.

All other requests for relief now pending by and between Plaintiff and LG, which are not specifically addressed herein, are **DENIED**.

**So ORDERED and SIGNED this 11th day of June, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE